UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14038-CR-MOORE

**UNITED STATES OF AMERICA**,

    Plaintiff(s),

vs.

**BARBARA LUBIN**

    Defendant(s).

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Frank J. Lynch's Report and Recommendation on Change of Plea, issued August 15, 2007, [84]. After review of the Report and Recommendation, review of the record, and having received no objections thereto, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation issued August 15, 2007 is hereby **ADOPTED**. The defendant Barbara Lubin is hereby adjudicated guilty of the offense charged.

DONE AND ORDERED in Chambers at Miami, Florida this 31st day of August, 2007.

                      K. MICHAEL MOORE
                      UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record