UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14038-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BARBARA LUBIN,

    Defendant.
_____/



FILED by _____ D.C.

JAN 2 6 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSION TO VIOLATION SET FORTH IN PETITION FOR VIOLATION OF SUPERVISED RELEASE

**THIS CAUSE** having come on to be heard for an evidentiary hearing on January 26, 2010 in respect to the pending Petition Alleging Violation Of Supervised Release and this Court having conducted a hearing wherein the Defendant advised this Court that she wished to admit this violation, this Court recommends to the District Court as follows:

1. The Defendant appeared before this Court on January 26, 2010 for an evidentiary hearing in respect to a Petition Alleging Violation Of Supervised Release. That Petition alleges the following violation:

    **Violation Number 1**    **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On November 4, 2009, the defendant submitted a urine specimen that tested positive for the presence of opiates in our local laboratory and confirmed positive by Kroll Laboratory Specialist, Inc. On December 11, 2009, the defendant admitted to using powder cocaine on or about November 4, 2009.

2. After consultation with her attorney, the Defendant announced to this Court that she wished to admit the violation set forth in the Petition. This Court questioned the Defendant and made certain that she understood her rights in regards to an evidentiary

hearing in respect to this alleged violation. Further, the Defendant acknowledged that she understood her rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

**ACCORDINGLY**, based upon the Defendant's admission under oath, this Court recommends to the District Court that the Defendant be found to have violated her supervised release in respect to the violation set forth in the Petition and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, the United States District Judge assigned to this case.

**DONE AND SUBMITTED** this 26TH day of January, 2010, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. K. Michael Moore
AUSA Jennifer Millien
AFPD Panayotta Augustin-Birch
U. S. Probation
U. S. Marshal